SMITH, GAMBRELL & RUSSELL, LLP
THEODORE H. DOKKO (SBN 263830)
tdokko@sgrlaw.com
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone: 213-358-7200
Facsimile: 213-358-7300

Attorneys for Defendant
DYNAGEN LENDING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RYAN LOOF, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

DYNAGEN LENDING, LLC,

Defendant.

Case No. 2:26-cv-02180-DJC-CKD

**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**

[L.R. 144(a)]

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213-358-7200

Plaintiff RYAN LOOF ("Plaintiff") and Defendant DYNAGEN LENDING, LLC ("Defendant") (collectively, "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on June 16, 2026;

WHEREAS, Defendant was served with the initial complaint on June 24, 2026;

WHEREAS, Defendant's responsive pleading is currently due on July 15, 2026;

WHEREAS, this requested extension is sought in good faith and not for purposes of delay

The Parties, through their respective counsel of record, met and conferred regarding this extension of time for Defendant to file a responsive pleading to the initial complaint. Defendant has not previously been granted an extension of time to respond to the initial complaint. The Parties hereby stipulate to extend the deadline for Defendant's responsive pleading from July 15, 2026, to August 14, 2026.

DATED: July 15, 2026

SMITH, GAMBRELL & RUSSELL, LLP

By: /s/ Theodore H. Dokko
Theodore H. Dokko
Attorneys for Defendant
DYNAGEN LENDING, LLC

DATED: July 15, 2026

CROSNER LEGAL, P.C.

By: /s/ Michael T. Houchin
Michael T. Houchin

Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
**Attorneys for Plaintiff and the Proposed Class**

## ORDER

The Court, having considered the parties' Stipulation to Extend Time for Defendant to Respond to Complaint and finding good cause therefor, hereby ORDERS as follows:

Defendant's deadline to answer, move, or otherwise respond to the Complaint is extended by thirty (30) days, up to and including August 14, 2026.

Dated: July 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213-358-7200