United States District Court
Eastern District of California

Ryan Loof
Plaintiff(s)

V.

Dynagen Lending, LLC
Defendant(s)

Case Number: 2:26-cv-02180-DJC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Richard D. Rivera hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Dynagen Lending, LLC

On 01/06/2014 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/11/2026 Signature of Applicant: /s/ Richard D. Rivera

**Pro Hac Vice Attorney**

Applicant's Name: Richard D. Rivera

Law Firm Name: Smith, Gambrell & Russell, LLP

Address: 50 N. Laura Street

Suite 2600

City: Jacksonville State: FL Zip: 32202

Phone Number w/Area Code: (904) 598-6157

City and State of Residence: Jacksonville, Florida

Primary E-mail Address: rrivera@sgrlaw.com

Secondary E-mail Address: bwheeler@sgrlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Theodore H. Dokko

Law Firm Name: Smith, Gambrell & Russell, LLP

Address: 444 South Flower St.

Suite 1700

City: Los Angeles State: CA Zip: 90071

Phone Number w/Area Code: (213) 358-7200 Bar # 263830

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 13, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0108251
Richard Dean Rivera
Smith Gambrell & Russell LLP
50 N Laura St Ste 2600
Jacksonville, FL 32202-3629

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 6, 2014**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 11th day of **August, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-428502

**PROOF OF SERVICE**

***RYAN LOOF v. DYNAGEN LENDING, LLC***
**Case No. 2:26-cv-02180-DJC-CKD**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

On August 11, 2026, I served true copies of the following document(s) described as **APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| CROSNER LEGAL, P.C.<br>Michael T. Houchin (SBN 305541)<br>mhouchin@crosnerlegal.com<br>9440 Santa Monica Blvd. Suite 301<br>Beverly Hills, CA 90210<br>Tel: (866) 276-7637 | *Attorneys for Plaintiff*<br>RYAN LOOF |

• **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 11, 2026**, at Los Angeles, California.

*/s/ Tyree West*
Tyree West