**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN LOOF,<br>Plaintiff,<br>v.<br>DYNAGEN LENDING, LLC,<br>Defendant. | Case No.: 2:26-cv-02180-DJC-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** |

Before the Court is the Parties' Stipulation to Extend Deadline to File Joint Status Report. Having reviewed the Stipulation, and for good cause shown, the Court GRANTS the Stipulation. Accordingly, the Parties shall file a Joint Status Report by no later than September 23, 2026.

IT IS SO ORDERED.

Dated: August 24, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE